IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06-CV-00318-W

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
          Plaintiff, )
)
v. )
)
)
E & T FOODS, LLC d/b/a )
COMPARE FOODS, )
)
          Defendant. )
)

**ORDER**

This matter is before the Court on a joint motion of the parties to amend the Pretrial Order and Case Management Plan in this case. The Court finds good cause for the motion, that the parties join in and consent to it, and that the proposed changes will not delay the trial of the matter. Therefore, it HEREBY ORDERED that the Motion is GRANTED and the Pretrial Order and Case Management Plan is amended as follows:

    1.    Discovery shall be completed by October 31, 2007.

    2.    Dispositive motions shall be filed by December 3, 2007.

SO ORDERED.

          Signed: August 28, 2007

_____
Carl Horn, III
United States Magistrate Judge